# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA G. BROOKS
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

June 17, 2005

The Honorable Joseph J. Farnan, Jr.
U. S. District Court
844 North King Street, Room 4209
Lock Box 27
Wilmington, DE 19801

Re:   State Farm, et al v. Luczak, et al
      C. A. No. 1:04-cv-01379 JJF

Dear Judge Farnan:

On January 21, 2005 the undersigned filed a motion for default against defendants Alex Luczak, Jr., and Sally Harris (D.I. 7).

No response has been filed to plaintiffs' motion for default and on April 6, 2005, Mr. Luczak pleaded guilty to two counts of insurance fraud and two counts of felony theft in the Superior Court of the State of Delaware in and for New Castle County.

Based on the foregoing, the undersigned respectfully requests that the Court enter the proposed order granting plaintiff's motion for entry of default judgment against defendants Alex Joseph Luczak, Jr., and Sally Harris, another copy of which is enclosed, and that the Court schedule an inquisition hearing to determine damages.

Thank you for Your Honor's consideration.

Respectfully submitted,

*[signature]*

DONALD M. RANSOM
Delaware Bar I.D. #2626
Attorney for Plaintiffs

DMR/do
Enclosure (Proposed Order)

cc:   Clerk of Court w/enclosure
      Mr. Alex Luczak w/enclosure
      Ms. Sally Harris w/enclosure