THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY <br> 1 State Farm Plaza <br> Bloomington, Illinois 61710-0001 <br><br> and <br><br> STATE FARM FIRE AND CASUALTY COMPANY <br> 1 State Farm Plaza <br> Bloomington, Illinois 61710-0001 <br><br> Plaintiffs, <br><br> v. <br><br> ALEX JOSEPH LUCZAK, JR. <br> t/a A.J.'S AUTO GLASS and PAC GLASSMASTERS <br> 26 Loran Court <br> Elkton, Maryland 21921 <br><br> and <br><br> SALLY HARRIS <br> t/a A.J.'S AUTO GLASS <br> 26 Loran Court <br> Elkton, Maryland 21921 <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> *   Civil Action: 04-1379 JJF <br> * <br> * <br> * <br> *   JURY TRIAL DEMANDED <br> * <br> * <br> * <br> * |

**<u>ORDER</u>**

IT IS ORDERED this _____ day of _____, 2005, that plaintiffs' motion for default judgment is ***GRANTED*** and default judgment is entered against defendants Alex Joseph Luczak, Jr. and Sally Harris.

_____
J.