IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY and STATE :
FARM FIRE AND CASUALTY COMPANY, :
                                         :
      Plaintiffs,             :
                                         :
   v.                       : Civil Action No. 04-1379-JJF
                                         :
ALEX JOSEPH LUCZAK, JR., t/a :
A.J.'S AUTO GLASS and PAC :
GLASSMASTERS; and SALLY HARRIS :
t/a A.J.'S AUTO GLASS :
                                         :
      Defendants.           :

JUDGMENT ORDER

WHEREAS, Plaintiff's State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, filed a Motion For Default Judgment against above named Defendants pursuant to Fed. R. Civ. P. 55(b)(2)(D.I. 7);

WHEREAS, the Motion was not opposed;

WHEREAS, it appearing from the Affidavit of Donald M. Ransom, Esquire (Attach. to D.I. 7), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(e)(2) and the above named Defendants have not answered or otherwise moved with respect to the Amended Complaint.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Default Judgment (D.I. 7) is **GRANTED**;

IT IS FURTHER ORDERED that:

1. Judgment is **ENTERED** in favor of Plaintiffs and against Defendants, Alex Joseph Luczak, Jr. and Sally Harris; and

      2.  Defendants may file a motion for reconsideration within (20) twenty days of the date of this order.

_September 16, 2005_
DATE

_____
UNITED STATES DISTRICT JUDGE