IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY, | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 04-1379-JJF : |
| ALEX JOSEPH LUCZAK, JR., t/a A.J.'S AUTO GLASS and PAC GLASSMASTERS; and SALLY HARRIS t/a A.J.'S AUTO GLASS | : : : : : |
| Defendants. | : |

RECEIVED OCT 7 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

<u>JUDGMENT ORDER</u>

WHEREAS, Plaintiff's State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, filed a Motion For Default Judgment against above named Defendants pursuant to Fed. R. Civ. P. 55(b)(2)(D.I. 7);

WHEREAS, the Motion was not opposed;

WHEREAS, it appearing from the Affidavit of Donald M. Ransom, Esquire (Attach. to D.I. 7), that service was effectuated in accordance with Federal Rule of Civil Procedure 4(e)(2) and the above named Defendants have not answered or otherwise moved with respect to the Amended Complaint.

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Default Judgment (D.I. 7) is **GRANTED**;

IT IS FURTHER ORDERED that:

1. Judgment is **ENTERED** in favor of Plaintiffs and against Defendants, Alex Joseph Luczak, Jr. and Sally Harris; and

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S. POSTAGE
S.M.S.
X-RAY

Sally Harris
26 Loran Court
Elkton, MD 21921

21921$19801235149

HARRIS
212 N1 1 905 C 08 10/04/05
RETURN TO SENDER
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 19801351918    *0927-01742-26-43


