IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY and STATE :
FARM FIRE AND CASUALTY COMPANY, :
:
    Plaintiffs, :
:
    v. : Civil Action No. 04-1379-JJF
:
ALEX JOSEPH LUCZAK, JR., t/a :
A.J.'S AUTO GLASS and PAC :
GLASSMASTERS; and SALLY HARRIS :
t/a A.J.'S AUTO GLASS :
:
    Defendants. :

O R D E R

WHEREAS, the Court issued a Judgment in favor of Plaintiff as a result of Defendants' default (D.I. 10);

WHEREAS, the issue of damages remains to be decided;

NOW THEREFORE, IT IS HEREBY ORDERED that the Court will conduct a damages hearing on **Thursday, November 3, 2005 at 4:00 p.m**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

October 6, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S. X-RAY

RECEIVED OCT 17 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

WILMINGTON DE 198 PM 06 OCT 2005

Alex Joseph Luczak, Jr.
t/a A.J.'s Auto Glass
26 Loran Court
Elkton, Maryland

LUCZ026   212 N1 1 905 C 06 10/13/05
RETURN TO SENDER
LUCZAK
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 19801351910   *1727-03594-06-40