

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY and STATE :
FARM FIRE AND CASUALTY COMPANY, :
:
    Plaintiffs, :
:
    v. : Civil Action No. 04-1379-JJF
:
ALEX JOSEPH LUCZAK, JR., t/a :
A.J.'S AUTO GLASS and PAC :
GLASSMASTERS; and SALLY HARRIS :
t/a A.J.'S AUTO GLASS :
:
    Defendants. :

O R D E R

WHEREAS, the Court issued a Judgment in favor of Plaintiff as a result of Defendants' default (D.I. 10);

WHEREAS, the issue of damages remains to be decided;

NOW THEREFORE, IT IS HEREBY ORDERED that the Court will conduct a damages hearing on **Thursday, November 3, 2005 at 4:00 p.m**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

October 6, 2005
DATE

UNITED STATES DISTRICT JUDGE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S. X-RAY

Sally Harris
t/a A.J.'s Auto Glass
26 Loran Court
Elkton, Maryland 21921

19801%3519
Z19217*6254

WILMINGTON DE 198
PM 2005

RECEIVED
OCT 17 2005
U S DISTRICT COURT
DISTRICT OF DELAWARE

212 N1 1 905 C 00 10/13/05
RETURN TO SENDER
HARRIS
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 19801351918    *1527-21737-06-42