≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Delaware__

State Farm   v.   Luszak and Harris

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1379

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Michael Budow, Donald Ransom | None |
| TRIAL DATE (S) Nov. 3, 2005 | COURT REPORTER Lenny | COURTROOM DEPUTY Phil |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | Nov 3, '05 | ✓ | ✓ | Binder containing 12 exhibits |
| 1 | | Nov 3, '05 | | ✓ | Baker, Steve   State Farm investigator |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages