IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. and STATE FARM FIRE AND CASUALTY CO., | : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 04-1379 JJF : |
| ALEX JOSEPH LUCZAK, JR. t/a A.J.'S AUTO GLASS and PAC GLASSMASTERS and SALLY HARRIS t/a A.J.'S AUTO GLASS, | : : : : : |
| Defendants. | : |

## JUDGMENT ORDER

WHEREAS, the Court entered a default judgement (D.I. 10) in favor of Plaintiffs and against Defendants Alex Joseph Luczak, Jr. and Sally Harris t/a A.J.'s Auto Glass and PAC Glassmasters;

WHEREAS, the Court held a damages hearing in this matter on Thursday, November 3, 2005;

WHEREAS, the Court concludes that Plaintiffs submitted evidence that proved damages of $181,790.16;

WHEREAS, the Court concludes that Plaintiffs' damages should be trebled pursuant to Delaware's Deceptive Trade Practices Act, 6 Del. C. § 2533;

NOW THEREFORE, IT IS HEREBY ORDERED that the Plaintiffs recover from Defendants the sum of $545,370.48 for damages, with

interest thereon at the rate of 9.5% commencing September 16, 2005.

November 8, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE