# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

(302) 594-4500
FAX: (302) 594-4509

April 21, 2006

**Via Electronic Filing**
Office of the Clerk
United States District Court
Lockbox 18
844 King Street
U. S. Courthouse
Wilmington, DE 19801

RE: *State Farm Mutual Automobile Insurance Company, et.al. v. Alex J. Luczak,Jr., et.al.*
C. A. No. 04-1379 JJF

Dear Clerk of the Court:

In response to the Court's letter of April 13, 2006, this is to advise that the exhibits submitted to the Court can be discarded.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Donald M. Ransom

Donald M. Ransom
Attorney for Plaintiffs State Farm Mutual Automobile
Insurance Company and State Farm Fire and
Casualty Company

bcc:   Mike Budow, Esq.
       Paul Ahrens, Esq.

Case 1:04-cv-01379-JJF    Document 19    Filed 04/21/2006    Page 2 of 2